

# Fourth Court of Appeals
## San Antonio, Texas

May 29, 2019

No. 04-18-00450-CV

Velma **SAN MIGUEL** and Alexis Rendon,
Appellant-s

v.

**PLAINSCAPITAL BANK**, Trustee of The Guerra Mineral Trust,
Appellee

From the 381st Judicial District Court, Starr County, Texas
Trial Court No. DC-16-19
Honorable Everardo Garcia, Judge Presiding

# O R D E R

On May 23, 2019, Filiberto Guerra III filed a "Challenge of Jurisdiction and Motion to Dismiss." Although Guerra was a defendant in the underlying case, he did not file a notice of appeal. Guerra is neither an appellant nor an appellee in this appeal. We STRIKE Filiberto Guerra III's May 23, 2019 filing.

We again caution Filiberto Guerra III that all pleadings and motions must comply with the applicable laws and rules. *See* TEX. CIV. PRAC. & REM. CODE ANN. § 10.001 ("Signing of Pleadings and Motions"); TEX. R. CIV. P. 13 ("Effect of Signing Pleadings, Motions and Other Papers; Sanctions"). Further, this court may order sanctions for violations of the rules. *See* TEX. CIV. PRAC. & REM. CODE ANN. § 10.004; TEX. R. CIV. P. 13; *Pressley v. Casar*, 567 S.W.3d 327, 332–33 (Tex. 2019) ("Chapter 10 of the Civil Practice and Remedies Code permits sanctions for pleadings that are filed for an improper purpose or that lack legal or factual support.").

Entered on this 29th day of May, 2019.

**PER CURIAM**

ATTESTED TO: _____

Keith E. Hottle,
Clerk of Court